ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 AUG 20 PM 1:43

CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| EDGAR R. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-042 |
| JACOB HALL, Officer, and JOHN TRIPP, Doctor, | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 46). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to dismiss filed by Defendant Tripp is **GRANTED** (doc. no. 19), Plaintiff's claim against Defendant Tripp is **DISMISSED WITHOUT PREJUDICE**, and Defendant Tripp is **DISMISSED** from this action. The motion to dismiss filed by Defendant Hall is **DENIED**.[1] (Doc. no. 29.)

SO ORDERED this 20th day of August, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 12(a)(4), Defendant Hall shall file his Answer within fourteen days of the date of this Order. Upon the filing of Defendant Hall's Answer, the stay of discovery entered on March 29, 2012, shall be lifted, and the Clerk shall issue a Scheduling Notice setting the deadlines in this case.